UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. James B. Clark, III |
| | : | |
| v. | : | Mag. No. 20-12414-03 |
| | : | Mag. No. 20-12414-04 |
| TYRELL BAKER, | : | Mag. No. 20-12414-11 |
| ANDRE TYRONE WALLACE, and | : | |
| STEPHANIE LEE SANCHEZ | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Vikas Khanna, the Attorney for the United States for the District of New Jersey, acting under the authority of 28 U.S.C. § 515, hereby dismisses the Complaint, Mag. No. 20-12414, as to defendants Tyrell Baker ("Baker"), Andre Tyrone Wallace ("Wallace"), and Stephanie Lee Sanchez ("Sanchez"), which Complaint was filed on October 21, 2020, charging defendants Baker, Wallace, and Sanchez each with one count of bank fraud conspiracy, in violation of Title 18, United States Code, Section 1349; one count of conspiracy to receive and possess stolen mail, in violation of Title 18, United States Code, Section 371; and one count of conspiracy to possess and receive interstate altered securities, in violation of Title 18, United States Code, Section 371, because further prosecution of these charges against these

defendants is not in the interest of the United States. This Order applies to Defendants Baker, Wallace, and Sanchez only.

This dismissal is without prejudice.

*Vikas Khanna*
VIKAS KHANNA
Attorney for the United States
Acting Under the Authority of
28 U.S.C. § 515

Leave of Court is granted for the filing of the foregoing dismissal.

_____
Honorable James B. Clark, III
United States Magistrate Judge

Dated: 6/2/23